Matter of Crandell v Hebbard (2025 NY Slip Op 03943)

Matter of Crandell v Hebbard

2025 NY Slip Op 03943

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., MONTOUR, GREENWOOD, NOWAK, AND HANNAH, JJ.

580 CAF 24-01169

[*1]IN THE MATTER OF STACY J. CRANDELL, PETITIONER-APPELLANT,
v
GRAYSON W. HEBBARD, RESPONDENT-RESPONDENT. (APPEAL NO. 1.) 

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR PETITIONER-APPELLANT.
MARYBETH D. BARNET, MIDDLESEX, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Cayuga County (Thomas G. Leone, J.), entered July 2, 2024, in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for modification of a prior order of custody and visitation. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 27, 2025
Ann Dillon Flynn
Clerk of the Court